# Seldens Landing Elementary School

43345 Coton Commons Drive
Leesburg, Virginia 20176
Telephone: 571-252-2260
FAX: 703-779-8953

CORRECTED COPY
Re-sent October 8, 2015
Dear Mr. Davison:

On September 10, 2015, you were present in Seldens Landing Elementary School for Back-to-School Night during which you interrupted the presentation of both of your children's teachers to raise off-topic questions, challenge whether certain reports were being released and to address your remarks to the parents. Your attempts to disrupt teacher presentations during Back-To-School Night will not be tolerated.

On September 22, 2015, you were present in Seldens Landing Elementary School for a Volunteer Breakfast and PTA meeting in which you appeared agitated and accused me in front of about 40 parents of violating the law and a student's privacy regarding SOL retakes. Your tone was both aggressive and accusatory. As I attempted to answer the question you raised when you were leaving the room to attend a court matter, you turned toward me and in a progressively louder voice repeatedly said I would not give you the information you wanted and that our retake policy was a violation of FERPA. I warned you that you would not be welcomed here if such disruptive behavior continued. You were about 3-4 feet from me when you then pointed at me and in a loud and hostile voice said "Try me. Try me. You'll end up in Federal Court." Several staff members heard this disruption and came into the hall. Parents have complained. Your escalating inappropriate behaviors cannot be tolerated in an elementary school.

On behalf of the Loudoun County School Board, you are hereby notified that you are forbidden to trespass or enter upon the property of Seldens Landing Elementary School, 43345 Coton Commons Drive, Leesburg, Virginia, or to attend any school-sponsored activity unless specifically authorized by me or my designee in advance, effective immediately.

If you violate these conditions, you will be a trespasser and appropriate law enforcement assistance may be called. This restriction is in effect at all times during day and nighttime hours, regardless of whether school is in session, and further forbids your entry on said property for the purpose of attending events and meetings conducted on school property without prior written consent from me or my designee.

This No-Trespass Letter will terminate on the last day of the 2015-2016 school year.

This notice is given under the authority of Code of Virginia Section 18.2-119 and under the authority of Article VIII, Section 7 of the Virginia Constitution. Should you disregard this notice, you may be guilty of a trespass punishable as a misdemeanor.

In the event you feel that this action is not appropriate, you may send to me a written statement detailing your reasons for disagreeing with this action. I will review and consider your statement and may modify this letter based on the information you provide.

Several parameters will guide whether you will receive authorization from me or my designee to enter upon the property of Seldens Landing Elementary School.

- For school matters or activities directly related only to your children at Seldens Landing Elementary School, you are to contact me in writing, at least two full school days in advance, for permission. Only a written response from me or my designee approving your request will constitute authorization.

- Permission will not be granted to attend scheduled general group activities at the school such as PTA meetings, Back-To-School Nights, Fun Runs and similar activities. You are not permitted to be on school property for general group activities.

- For any unanticipated, extraordinary or emergency matters directly related to your children, you may call me in advance to seek permission. . Only a written response from me or my designee approving your request will constitute authorization.

- If I allow you to come on school property for any reason, then you are to report to the school office unless I direct otherwise, and, once the matter or event has concluded, you are to vacate the property without delay.

Failure to abide by this letter will result in you being considered as a trespasser.

Issued this 29th day of September, 2015,
Re-Issued this 8th day of October, 2015,

*Tracy Stephens*

Tracy Stephens
Principal

cc:
Suzanne Devlin, Safety and Security