**Seldens Landing Elementary School**

43345 Coton Commons Drive
Leesburg, Virginia 20176
Telephone: 571-252-2260
FAX: 703-779-8953

CORRECTED COPY
Re-sent October 8, 2015
Re-sent October 14, 2015

Dear Mr. Davison:

On September 29, 2015, I issued to you a No Trespass Letter for Seldens Landing Elementary School and school activities which was modified on October 8, 2015. Since then, you have engaged in the following disruptive behaviors that are interfering with the functioning of the school and disrupting its tranquility.

On October 2, 2015, you emailed a number of public officials accusing LCPS of a FERPA violation when, in fact, there were no violations.

On October 3, 2015, you sent two emails to 38 Seldens Landing Elementary School staff members complaining at length about a variety of matters wholly unrelated to your children's progress in school, including, but not limited to, indicating that our District leaders are among the most hated according to a blog that you referenced, which frightened staff and caused considerable disruption in the daily functioning of the school.

On October 4, 2015, you stated in an email sent to me and other school and county officials, and then forwarded by you to 38 Seldens Landing staff members, that you considered my previous restrictions "null and void." You informed me that in the event you need to remove your children from school you will come to the school door like every other visitor, without obtaining permission as you are required, since we have cameras. This is in violation of the letter I sent to you. You then continued your complaints that totaled ten printed pages about various matters as if you were in a courtroom addressing "Your Honor," even though the email was addressed to me and other school and county officials. Many of your comments were wholly unrelated to your children. This is frightening to our staff.

On October 7, 8 and 9, 2015 your children informed school staff that they were instructed by you to distribute flyers accusing LCPS and me of violating the FERPA and containing an unauthorized photograph of me. None of the flyers appear to be by the children or at the children's initiative. This effort to intimidate our staff frightened your children's teachers, among others, who had to intervene to quell this disruption and the distribution of your defamatory comments.

On October 6, 2015, before arriving to the corner of the school entrance with your children on the morning of October 7, 2015 to pass out the flyers referenced above, you taunted the Seldens Landing staff with the following email:

**"Make sure you get a printed copy of the Principal Stephens flyer!  They will be going like HOTCAKES tomorrow and I may run out.  Let's call this the Seldens anti-global leadership award.  Or maybe Seldens to the World!  Come on, you can think of more creative names for this project...."**

This, along with the knowledge that you have stated publicly that you are a Navy veteran, publicly made allusions to American Sniper, used the term "SHOTGUN" in reference to a public meeting, referred to "BE PREPARED" regarding a public meeting, referred to a public school as a "target rich environment," used a quote that referred to a "hand grenade," made references to public officials' children, and made a reference to public officials meeting their creator have all contributed to intense fear among staff, caused disruption and time off tasks, causing great alarm and concern for the safety and welfare of Seldens Landing Elementary School.  Your tone has been both aggressive and intimidating.  Staff has viewed your demeanor and are very concerned about your behaviors.

Moreover, you then sent two more emails to Seldens Landing staff on October 6 and 7, 2015 accusing us again of violating FERPA, taking issue with our decision to not allow the flyers you sent with your children to be distributed during the school day, and attempting to intimidate staff by threatening teachers with posting their image on yet another flyer if they violate your perceived free speech rights.

On October 6, 2015, you wrote to the Seldens Landing staff the following:

**"If any of you tries to interfere with students in Seldens handing out publications, there is a 100% chance you will find yourself named on a federal lawsuit within the next month.  Trust me on that promise."**

On October 7, 2015, you wrote to the Seldens Landing staff the following:

**"If free speech is curtailed, the next flyer will contain the pictures of Tracy Stephens and the teacher(s) who violated free speech rights."**

There have been no FERPA violations and by using your children to pass out your flyers that are disruptive, or likely to be disruptive, and that are defamatory, disturbs the tranquility of the school.  Your threatening and intimidating communications to staff are frightening to them and they are fearful for their safety and welfare due to your behaviors.  Moreover, you have stated repeatedly, including in an email you wrote to me on October 7, 2015, your intent to violate the No Trespass letter in the future.  You have created a disturbance within our school.

Altogether, your conduct, statements and declared intent of non-compliance is disrupting the functioning of our staff and has disturbed the tranquility of our elementary school.

On October 8, 2015, you indicated you were officially appealing my decision.  I considered your appeal and it is denied for the reasons stated herein.  Moreover, I am compelled to further prohibit your presence at Seldens Landing Elementary School as stated below:

**On behalf of the Loudoun County School Board, you are hereby notified that you are forbidden to trespass or enter upon the property of Seldens Landing Elementary School,**

-2-

**43345 Coton Commons Drive, Leesburg, Virginia, or to attend any school-sponsored activity, effective immediately.**

**If you violate these conditions, you will be a trespasser and appropriate law enforcement assistance may be called. This restriction is in effect at all times during day and nighttime hours, regardless of whether school is in session, and further forbids your entry on said property for the purpose of attending events and meetings conducted on school.**

This No-Trespass Letter will terminate on the last day of the 2015-2016 school year.

This notice is given under the authority of Code of Virginia Section 18.2-119 and under the authority of Article VIII, Section 7 of the Virginia Constitution. Should you disregard this notice, you may be guilty of a trespass punishable as a misdemeanor.

As an accommodation to you as a parent, I am scheduling quarterly telephone conferences between you and me to address concerns related strictly to your children's progress in school. I will be your single point of contact with the school for all communications about your children. I will send to you the schedule for the telephone conferences. You are directed to send your communications to me regarding your children. Please be advised that any emails or communications you send to Seldens Landing staff will be re-directed to me.

If you are dissatisfied with my response, you may send a written statement to the Office of School Administration, 21000 Education Court, Ashburn, VA 20148. Thereafter, if still dissatisfied, you may send a written statement to the School Board to be generally processed under paragraph B of School Board Policy 2-20 (Appeal of Administrative Decisions).

This letter supersedes prior versions.

**Failure to abide by this letter will result in you being considered as a trespasser.**

Issued this 29th day of September, 2015,
Re-Issued this 8th day of October, 2015,
Re-Issued this 14th day of October, 2015.

Tracy Stephens
Principal

cc:
Suzanne Devlin, Safety and Security