# BRAGG LAW

432 East Main Street, Suite E
Post Office Box 1866
Abingdon, Virginia 24210

TELEPHONE 276.628.9160 FACSIMILE 276.628.9166

*bragglaw @ bvu.net*

RECEIVED
2016 MAY 13 P 1: 45
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

*Michael A. Bragg*
*Attorney At Law*

May 12, 2016

Clerk
United States District Court For
The Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

HAND-DELIVERED

Re:   Brian Davison v. Deborah Rose, et al

Dear Clerk:

Please find enclosed for filing a Civil Cover Sheet and Complaint for commencement of this new action. The courier will be paying the filing fee by credit card. The Defendants will be served by Private Process Server.

Thanks you for your assistance.

With Best Regards,

Michael A. Bragg /s/

Michael A. Bragg