```
Court Name: United States District Court
Division: 1
Receipt Number: 14683059116
Cashier ID: rbroaden
Transaction Date: 05/13/2016
Payer Name: BRIAN DAVISON
-----------------------------------------
CIVIL FILING FEE
 For: BRIAN DAVISON
 Amount:         $400.00
-----------------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
-----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
116CV540
```