# BRAGG LAW, PLC

432 E. MAIN STREET
SUITE E
POST OFFICE BOX 1866
ABINGDON, VIRGINIA 24210

*TELEPHONE 276-628-9160 FACSIMILE 276-628-9166*

*bragglaw @ bvunet.net*



*Michael A. Bragg*
*Attorney At Law*

May 16, 2016

United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
Attn: Kathy

Re:   Brian C. Davison v. Deborah Rose, et al.   1:16 cv540

Dear Kathy:

Enclosed please find the original signature page and the original Civil Cover Sheet for the above-referenced matter.

Thank you.

Sincerely,

Vickie L. Barr
Legal Assistant

/vlb
w/enc



RECEIVED
MAY 13 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA