**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| BRIAN C. DAVISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:16-cv-540 |
| | ) | (AJT/MSN) |
| DEBORAH ROSE, TRACY STEPHENS, ERIC HORNBERGER, JILL TURGEON, BRENDA SHERIDAN, JEFFREY MORSE, WILLIAM FOX, KEVIN KUESTERS, JOY MALONEY, ERIC DEKENIPP, and SUZANNE DEVLIN, | ) | |
| In their official and individual capacities, | ) | |
| and | ) | |
| LOUDOUN COUNTY SCHOOL BOARD, | ) | |
| Defendants. | ) | |

**ORDER**

THIS MATTER came before the court on the defendants' Motion to Dismiss filed pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and it appearing to the Court that the defendants' motion should be granted, for the reasons set forth in the pleadings; it is

ORDERED, that defendants' Motion to Dismiss be and hereby is granted and all claims are dismissed with prejudice.

_____
The Honorable Anthony J. Trenga

ENTERED:_____