# ** CIVIL MOTION MINUTES **

Date: **7/08/2016**          Judge: **Trenga**
                                    Reporter: **R. Montgomery**

Time: **10:55 – 11:40**

Civil Action Number: **1:16-CV-540**

**BRIAN C. DAVISON**

vs.

**DEBORAH ROSE, et al**

Appearances of Counsel for [**X**] Plaintiff    [**X**] Defendant

Motion to/for:
Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction [3] by deft.

Argued &
( ) Granted      (**X**) Denied      ( ) Granted in part/Denied in part
( ) Taken Under Advisement      ( ) Continued to

The motion is DENIED for lack of jurisdiction and DENIED without prejudice for failure to state a claim.
This matter is STAYED pending the outcome of the action in State Court.

(**X**) Order to Follow

Pltf.: Michael Bragg                          Deft.: Julia Judkins