IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN C. DAVISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:16cv0540 (AJT/IDD) |
| DEBORAH ROSE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on Defendants Deborah Rose, Tracy Stephens, Eric Hornberger, Jill Turgeon, Brenda Sheridan, Jeffrey Morse, William Fox, Kevin Kuesters, Joy Maloney, Eric DeKenipp, Suzanne Devlin, and Loudoun County School Board's Motion to Dismiss Filed Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (the "Motion to Dismiss") [Doc. No. 3]. Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, and for the reasons stated in open court, it is hereby

ORDERED that Defendants' Motion to Dismiss [Doc. No. 3] be, and the same hereby is, DENIED as to the relief sought pursuant to Rule 12(b)(1) under the *Rooker-Feldman* doctrine, and DENIED without prejudice as to the relief sought pursuant to Rule 12(b)(6); and it is further

ORDERED that this matter be, and the same hereby is, STAYED pending the final resolution of the action in Loudoun County Circuit Court, styled *Davison v. Loudoun County School Board*, Case No. CL00098468-00 (Va. Cir. Ct. Dec. 22, 2015).

The Clerk is directed to forward copies of this Order to all counsel of record and to remove this case from the active docket.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 8, 2016