UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| **BRIAN C. DAVISON**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**DEBORAH ROSE, ET. AL.,**<br><br>                              **Defendants.** | Case No.: 1:16-CV-540 |

**MOTION TO TERMINATE STAY AND
TO REINSTATE TO ACTIVE DOCKET**

Brian C. Davidson, by counsel, respectfully moves that the Court enter an order terminating the stay of this proceeding and reinstating the case to the active docket, stating as follows:

1. By Order of July 8, 2016, (Doc 11), this Court stayed proceedings in this case "pending the final resolution of the action in Loudoun County Circuit Court, styled Davison v. Loudoun County School Board, Case No. CL00098468-00 (Va. Cir. Ct. Dec. 22, 2015)."

2. By Order entered by the Circuit Court of Loudoun County on August 5, 2016, a copy of which is attached hereto as Exhibit A, that state court proceeding was dismissed upon Davison's Motion for Voluntary Nonsuit.

3. The parties have filed a Joint Discovery Plan (Doc 9), approved by the United States Magistrate Judge (Doc 12) which sets out certain deadlines. One deadline (for exchange of initial disclosures) has passed during the period of the stay and another (disclosure of expert witnesses) is set for August 15, 2016. The Joint Plan calls for completion of discovery by

October 14, 2016.  The Final Pretrial Conference is scheduled for 10:00 A.M. on October 20, 2016.

      Wherefore, Davison moves that the stay be terminated and the case reinstated to the active docket and that the date of the Final Pretrial Conference and related discovery and Rule 26 deadlines be extended to account for the period of the stay.

Respectfully Submitted,

**BRIAN C. DAVISON**

By Counsel     Michael A. Bragg /s/
Michael A. Bragg VSB 16797
Bragg Law
P.O. Box 1866
Abingdon, Virginia 24212
276-628-9160
bragglaw@bvu.net

## CERTIFICATE

      I hereby certify that this 9th day of August, 2016, I uploaded this Motion to the Clerk's ECF System to be served electronically on Counsel of record.

Michael A. Bragg /s/