VIRGINIA:

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

BRIAN C. DAVISON )
)
                         Petitioner, )
)
v. )
)
LOUDOUN COUNTY SCHOOL BOARD, )   Case Number: CL-98468
)
                        Respondent. )

### ORDER ON PETITION FOR JUDICIAL REVIEW

THIS CAUSE came to be heard upon the Petitioner's Petition for Judicial Review, the Respondent's Answer in opposition, and the Petitioner's subsequent Motion for Nonsuit.

Now the Court ORDERS that this matter is DISMISSED with prejudice and stricken from the docket.

Entered this  5  day of  August , 2016 .

_____
Judge Jeanette A. Irby, Loudoun County Circuit Court


SEEN AND  Agreed :


_____
Brian C. Davison
Petitioner, Pro Se
43724 Stone Fence Ter
Leesburg, VA 20176
(703) 348-7067
Email: bcdavison@hotmail.com