UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| BRIAN C. DAVISON<br><br>        Plaintiff,<br><br>v.<br><br>DEBORAH ROSE, ET. AL.,<br><br>        Defendants. | Case No.: 1:16-CV-540 |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on September 9, 2016, at 10:00 A. M., a hearing will be held on Plaintiff's Motion To Terminate Stay, Reinstate To Docket, and To Modify Scheduling Deadlines (Doc 13) in the United States District Court For the Eastern District of Virginia, Alexandria, Virginia.  Govern Yourself Accordingly.

                Respectfully Submitted,

                BRIAN C. DAVISON

    By Counsel  Michael A. Bragg /s/
           Michael A. Bragg VSB 16797
           Bragg Law
           P.O. Box 1866
           Abingdon, Virginia 24212
           276-628-9160 bragglaw@bvu.net

CERTIFICATE

I hereby certify that this 12th day of August, 2016, I uploaded this Notice of Hearing to the Clerk's ECF System to be served electronically on Counsel of record.

                Michael A. Bragg /s/