EXHIBIT 60

VIRGINIA:

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

| | |
|---|---|
| BRIAN C. DAVISON | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| LOUDOUN COUNTY SCHOOL BOARD, | ) Case Number: CL-98468 |
| Respondent. | ) ) |

### ORDER ON PETITION FOR JUDICIAL REVIEW

THIS CAUSE came to be heard upon the Petitioner's Petition for Judicial Review, the Respondent's Answer in opposition, and the Petitioner's subsequent Motion for Nonsuit.

Now the Court ORDERS that this matter is DISMISSED with prejudice and stricken from the docket.

Entered this __5__ day of __August__, __2016__.

_____
Judge Jeanette A. Irby, Loudoun County Circuit Court

SEEN AND __Agreed__:

__B C D__
Brian C. Davison
Petitioner, Pro Se
43724 Stone Fence Ter
Leesburg, VA 20176
(703) 348-7067
Email: bcdavison@hotmail.com